

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 1 4 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ 2 DEPUTY

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 1 6 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| DICK CHRIST, Derivatively On Behalf of WHITE ELECTRONIC DESIGNS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>HAMID R. SHOKRGOZAR, EDWARD A. WHITE, NORMAN T. HALL, THOMAS M. REAHARD, THOMAS J. TOY, JACK A. HENRY, PAUL D. QUADROS AND WILLIAM J. RODES,<br><br>Defendants,<br><br>- and -<br><br>WHITE ELECTRONIC DESIGNS CORPORATION, an Indiana corporation,<br><br>Nominal Defendant. | Case No. CV-04-1722-PHX-NVW<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION** |

Pursuant to the stipulation between Plaintiff and the Defendants, and good cause appearing therefor, IT IS HEREBY ORDERED that this action shall be, and hereby is, dismissed on the following terms and conditions:

1.    The dismissal is without prejudice to plaintiff's right to seek relief pursuant to the Indiana Business Corporation Law, Ind. Code § 23-1-32-1, *et seq.*,

1

following the consideration by the Board of Directors of White Electronic Designs Corporation, or any duly appointed committee thereof, of any shareholder demand properly served by plaintiff.

    2.    All attorney's fees and costs shall be taxed against the party incurring same.

    3.    Under the circumstances, notice pursuant to Rule 23.1 of the Federal Rules of Civil Procedure shall not be required.

DATED this 15th day of JUNE, 2005.

_____
The Honorable Neil V. Wake
United States District Judge